# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

TIMOTHY J. SMITH

Case Number: 09-CV-41

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

**Decision by Court.** This action came on for consideration before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the decision of the Commissioner denying the plaintiff's application for disability insurance benefits and supplemental security income be and the same is hereby **VACATED** and plaintiff's application for benefits is **REMANDED** for further consideration.

APPROVED:

_____
J.P. Stadtmueller
U.S. District Judge

JON W. SANFILIPPO
Clerk of Court

March 2, 2010
Date

s/Nancy A. Monzingo
By: Deputy Clerk